**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| Joshua Lebarron, individually and on behalf of all other similarly situated individuals, | Case No. 6:14-cv-06628-FPG |
| Plaintiff, | |
| v. | **NOTICE OF CONSENT FILING** |
| Kayden Industries (USA), Inc., | |
| Defendant. | |

_____

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached Consent Form(s) for the following person(s):

Angcayan			Ethen


DATE: November 17, 2014			s/Timothy C. Selander
						NICHOLS KASTER, PLLP
						Timothy C. Selander, MN Bar No. 0387016
						Michele R. Fisher*, NY Bar No. MF4600
						Alexander M. Baggio*, MN Bar No. 389912
						4600 IDS Center
						80 South 8th Street
						Minneapolis, MN  55402
						Telephone: (612) 256-3200
						selander@nka.com
						fisher@nka.com
						abaggio@nka.com
						*Petition for Admission forthcoming

						Attorneys For Plaintiff and the Putative
						FLSA Collective Class

# KAYDEN INDUSTRIES (USA), INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Kayden Industries (USA), Inc. to recover overtime pay.

2. During the past three years, there were occasions when I worked over 40 hours per week as a solids control technician, or other similar position, for Kayden Industries (USA), Inc., and did not receive proper compensation for all of my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Kayden Industries (USA), Inc.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 11/16/2014

Signature: *(signed)*

Print Name: Ethen Angcayan

Redacted