## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

___

Joshua Lebarron, individually and
on behalf of all other similarly situated
individuals,

        Plaintiff,

v.

Kayden Industries (USA), Inc.,

        Defendant.

Case No. 6:14-cv-06628-FPG

**NOTICE OF CONSENT FILING**

___

        PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached Consent Form(s) for the following person(s):

Sowders                    Nick

DATE: November 19, 2014

        s/Timothy C. Selander
        NICHOLS KASTER, PLLP
        Timothy C. Selander, MN Bar No. 0387016
        Michele R. Fisher*, NY Bar No. MF4600
        Alexander M. Baggio*, MN Bar No. 389912
        4600 IDS Center
        80 South 8th Street
        Minneapolis, MN 55402
        Telephone: (612) 256-3200
        selander@nka.com
        fisher@nka.com
        abaggio@nka.com
        *Petition for Admission forthcoming*

        Attorneys For Plaintiff and the Putative
        FLSA Collective Class

# KAYDEN INDUSTRIES (USA), INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Kayden Industries (USA), Inc. to recover overtime pay.

2. During the past three years, there were occasions when I worked over 40 hours per week as a solids control technician, or other similar position, for Kayden Industries (USA), Inc., and did not receive proper compensation for all of my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Kayden Industries (USA), Inc.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 11-19-14

Signature: *Nick Sowders*

Print Name: Nick Sowders

Redacted