UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| Joshua Lebarron, individually and on behalf of all other similarly situated individuals, | Case No. 6:14-cv-06628-FPG-MWP |
| Plaintiff, | |
| v. | **NOTICE OF CONSENT FILING** |
| Kayden Industries (USA), Inc., | |
| Defendant. | |

_____

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached Consent Form(s) for the following person(s):

Green, Derek

DATE: March 17, 2015              s/Alexander M. Baggio
                                  NICHOLS KASTER, PLLP
                                  Alexander M. Baggio, MN Bar No. 389912
                                  Timothy C. Selander, MN Bar No. 0387016
                                  Michele R. Fisher, NY Bar No. MF4600
                                  4600 IDS Center
                                  80 South 8th Street
                                  Minneapolis, MN  55402
                                  Telephone: (612) 256-3200
                                  abaggio@nka.com
                                  selander@nka.com
                                  fisher@nka.com


                                  Attorneys For Plaintiff and the Putative
                                  FLSA Collective Class

## KAYDEN INDUSTRIES (USA), INC.
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Kayden Industries (USA), Inc. to recover overtime pay.

2. During the past three years, there were occasions when I worked over 40 hours per week as a solids control technician, or other similar position, for Kayden Industries (USA), Inc., and did not receive proper compensation for all of my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Kayden Industries (USA), Inc.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 3/16/15

Signature

Derek Green
Print Name

Redacted

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2015, I electronically filed the foregoing document with the clerk of Court using the electronic case filing system. All counsel of record have been served via the Court's ECF system.


Arthur F. Silbergeld,
NORTON ROSE FULBRIGHT LLP
555 S. Flower Street, Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9235
Facsimile: (213) 892-9494
Email: Arthur.silbergeld@nortonrosefulbright.com

Shafeeqa W. Giarratani
NORTON ROSE FULBRIGHT LLP
98 San Jacinto, Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
Email: shafeeqa.giarratani@nortonrosefulbright.com

Sharon P. Stiller
Abrams, Fensterman, Fensterman, Eisman,
Formato, Ferrara & Wolf, LLP
160 Linden Oaks, Suite E
Rochester, NY 14625
Telephone: (585-218-9999)
Facsimile: (585) 218-0562
Email: sstiller@abramslaw.com

 Attorneys for Defendant


                                                                s/Alexander M. Baggio
                                                                 Alexander M. Baggio